The Honorable Frank L Kurtz
Chapter: 13

So Ordered.

Dated: December 23rd, 2013

Frank L. Kurtz
Bankruptcy Judge

Lisa McMahon-Myhran, WSB#27339
Jessica Bandrow, WSB #46026
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: (206) 676-9640

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

In Re:

THOMAS A GLASE and
AMY E GLASE,

    Debtors.

BANKRUPTCY NO. 13-02365-FLK13

CHAPTER NO. 13

EX PARTE ORDER TO ALLOW LOAN MODIFICATION

THIS MATTER, coming on regularly before the undersigned Bankruptcy Judge upon Motion of Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-14, (hereinafter "Christiana Trust"), by its attorneys Robinson Tait, P.S., based upon the Court's review of Wells Fargo's ex parte motion, and being otherwise fully advised in the premises:

\\
\\
\\
\\
\\
\\
\\
\\

EX PARTE ORDER TO ALLOW LOAN MODIFICATION - 1
60267-01504-BK-WA \Washington (Eastern) Order for Relief

Law Offices
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, Washington 98104

13-02365-FLK13   Doc 54   Filed 12/23/13   Entered 12/24/13 10:34:58   Pg 1 of 2

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the debtor's loan modification with Wells Fargo is hereby approved.

DONE this 19th day of December, 2013.

                                              The Honorable Frank L Kurtz

Presented by:

/s/ Lisa McMahon-Myhran
Lisa McMahon-Myhran, 27559
ROBINSON TAIT, P.S.
Attorneys for Wells Fargo Bank, N.A., as Trustee for ABFC 2005-HE2 Trust and its successors and assigns

EX PARTE ORDER TO ALLOW LOAN MODIFICATION - 2
60267-01504-BK-WA \Washington (Eastern) Order for Relief

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, Washington 98104